

# NUMBER 13-13-00097-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI—EDINBURG

RENE GUTIERREZ,                                                                Appellant,

v.

THE STATE OF TEXAS,                                                            Appellee.

On appeal from the 148th District Court
of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

On April 3, 2014, this Court granted appellant's unopposed motion to abate this appeal while the State takes up its appeal in 13-13-00183-CR. The Court ordered appellant to file an advisory regarding the status of the appeal every six months, and when applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. Since the abatement we have not received an advisory.

The Court hereby orders appellant to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

It is so ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
22nd day of April, 2016.